**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RAY McKINNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TY FORD, District Attorney, et al,<br><br>　　　　Defendants. | Case No. 1:13-CV-01879-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docs. 3 and 6) |

　　　　On November 20, 2013, Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a complaint alleging, among other things, violation of his constitutional rights in violation of 42 U.S.C § 1983. At the same time, Petitioner moved for appointment of counsel. On December 11, 2013, Petitioner again moved for appointment of counsel. Having reviewed Plaintiff's motion and the underlying documentation in its entirety, the Court denies Plaintiff's motion.

　　　　District Courts lack authority to require counsel to represent indigent defendants in § 1983 cases. *Mallard v. U.S. District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on other grounds*, 154 F.3d 952 (1998), *cert. denied*, 527 U.S. 1035 (1999);

1

*Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). Without a reasonable method of securing and compensating counsel, this Court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the Court does not find the required exceptional circumstances. *See Rand*, 113 F.3d at 1525. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This Court is faced with many similar cases daily.

Plaintiff's request for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: __December 18, 2013__         __/s/ Sandra M. Snyder__
                                     UNITED STATES MAGISTRATE JUDGE