# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RAY McKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>TY FORD, District Attorney, et al,<br><br>Defendants. | Case No. 1:13-CV-01879-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER PERMITTING HIS ATTENDANCE AT ALL HEARINGS<br><br>(Doc. 7) |

On December 11, 2013, Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a motion for an order permitting his attendance at all hearings in this matter. Because Plaintiff's motion is untimely, the Court denies it without prejudice, .

In prisoner actions, all motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). At this time, Plaintiff should expect that no hearings will be held in this matter. In the unlikely event that the Court later determines that a hearing is necessary, the necessity of Plaintiff's attendance, whether physically or through telephonic participation, shall be determined at that time.

Accordingly, the Court hereby DENIES without prejudice Petitioner's motion for an order permitting his attendance at all hearings in this matter.

IT IS SO ORDERED.

Dated: **December 18, 2013**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE