UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RAY McKINNEY,<br><br>           Plaintiff,<br><br>   vs.<br><br>TY FORD, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 13-1879 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Docs. 11, 12.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **January 17, 2014**      **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28